UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

TERRENCE WAYNE VANOCHTEN,

       Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**(Possession of Unregistered Destructive Devices)**

On or about August 17, 2022, in Kalkaska County, in the Southern Division of the Western District of Michigan,

**TERRENCE WAYNE VANOCHTEN**

knowingly possessed firearms, that is, three destructive devices, as defined at Title 26, United States Code, Section(s) 5845(a)(8) and (f)(1)(A), which were not registered to him in the National Firearms Registration and Transfer Record as required by law.

**26 U.S.C. § 5861(d)**
**26 U.S.C. § 5841**
**26 U.S.C. § 5871**

## FORFEITURE ALLEGATION
(Possession of Unregistered Destructive Devices)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c).

Pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), upon conviction of a violation of 26 U.S.C. § 5861(d) set forth in this Indictment, the defendant,

**TERRENCE WAYNE VANOCHTEN,**

shall forfeit to the United States any firearms involved in the commission of the offense including, but not limited to:

1. FIREARMS: Three unregistered pipe bombs.

2. SUBSTITUTE ASSETS: If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c).

**26 U.S.C. § 5872(a)**
**28 U.S.C. § 2461(c)**
**21 U.S.C. § 853(p)**
**26 U.S.C. § 5861(d)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney