UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                   **INDICTMENT PENALTY SHEET**

TERRENCE WAYNE VANOCHTEN,

      Defendant.
_____/

## Possession of Unregistered Destructive Devices (26 U.S.C. § 5861(d))

| | | |
|---|---|---|
| **Imprisonment:** | Not more than 10 years | [26 U.S.C. § 5871] |
| **Fine:** | Not more than $250,000 | [18 U.S.C. § 3571] |
| **Supervised Release:** | Not more than 3 years | [18 U.S.C. § 3583] |
| | Class C felony | [18 U.S.C. § 3559] |

## FORFEITURE ALLEGATION

Date: 3/14/2023                            /s/ Nils R. Kessler
                                                                     Counsel for the United States

Submitted in accordance with Admin. Order 17-MS-046