UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

TERRENCE WAYNE VANOCHTEN

    Defendant(s).

Case No. 1:23-cr-29

Hon. Paul L. Maloney

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. DISCOVERY

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> 8/18/22 Recorded interview (KCSO)
> 3/21/23 Recorded statements (ATF)

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by March 23, 2023.

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> 8/18/22 Recorded interview by KCSO
> Privately (non-gov't) recorded conversations, various dates
> 3/21/23 Recorded statements during transport, ATF

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by March 23, 2023.

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

- [ ] The Government has made due inquiry and is not aware of any prior criminal record.
- [x] The Government has disclosed defendant's prior criminal history.
- [ ] The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

- [ ] The Government has no documents, tangible objects, or physical evidence required to be disclosed.
- [x] The Government has the following documents, tangible objects, and physical evidence:
  - [ ] Drug Paraphernalia
  - [ ] Drug Records
  - [ ] Inventory (attached)
  - [ ] Controlled Substances: _____
  - [x] Records: NFRTR non-registration
  - [x] Firearms: Bombs, bomb parts, AR-15 rifles and accessories
  - [x] Other: Firearm parts, explosives & combat manuals, "military" clothing & gear
- [ ] The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  - [x] State
  - [ ] Federal:
    - Case No. 22-26404  Re: Def's residence 8/18/22
    - Case No. 22-26404  Re: Def's residence 8/19/22
    - Case No. _____   Re: _____
- [x] They have been made available for inspection and copying by defense counsel.
- [x] Defense counsel should make arrangements with: SA Sara Choi, ATF

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

- [ ] The Government has no reports of examinations or tests required to be disclosed by Rule 16.
- [x] The Government has or expects to have reports of the following examinations and tests:
  - [ ] Drug Analysis
  - [ ] Handwriting
  - [ ] Fingerprints
  - [ ] DNA
  - [ ] Firearms/Nexus
  - [ ] Gun Operability
  - [ ] Computer Forensics
  - [x] Other: Explosives

E. <u>Reciprocal Discovery</u>

- [x] The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____ .

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at ___2 days___ .

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

No consideration for pleas entered less than two weeks before final pretrial conference.

Date _____March 23, 2023_____   _____Nils R. Kessler_____
Counsel for the United States

(Rev. 03/01/2019)