PS 8 WD/MI
(Rev. 10/19)

# UNITED STATES DISTRICT COURT

for

Western District of Michigan

U.S.A. vs.   Terrance Wayne VanOchten     Docket No.   1:23-CR-29-PLM

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Zach Jabour  , pretrial services/probation officer, presenting an official report upon the conduct of defendant   Terrance Wayne VanOchten  , who was placed under pretrial release supervision by the Honorable   Ray Kent  , sitting in the court at   Grand Rapids, Michigan   on the   24th   date of   March  ,   2023   under the following conditions:

Standard Conditions of Release and the following Additional Conditions of Release:

1. Pretrial supervision
3. Agree to remain in the Western District of Michigan
4. Agree to submit to urinalysis testing and/or treatment
5. Agree to undergo medical or mental health assessment
6. Agree not to use or possess any alcohol
7. Agree not to possess a firearm, destructive device, or weapon
8. Agree to maintain or actively seek employment
11. Agree to surrender any passport and not to obtain a passport or other international document
15. No contact with Sandra VanOchten; defendant must abide by the restrictions set forth in the Personal Protection
18. Agree to reside at 311 East Calhoun Street, Mancelona, MI 49659
20. Defendant shall surrender all right, title and interest to any firearms, ammunition and body armor that are/were in the possession of the defendant and are currently in the possession of Samantha Willis.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. VanOchten appeared for arraignment, initial pretrial conference and detention hearing on March 24, 2023.  Mr. VanOchten pled not guilty to Count 1 of the Indictment and he was released on bond.  Mr. VanOchten is scheduled to appear for a final pretrial conference on June 20, 2023, before U.S. District Judge Paul L. Maloney.

On April 4, 2023, the undersigned officer conducted a home visit at Mr. VanOchten's residence.  During the home visit, the undersigned officer instructed Mr. VanOchten he may not possess any firearms, destructive devices, dangerous weapons, ammunition, or body armor.  During the home visit Mr. VanOchten reported he was not in possession of any prohibited items noted in his bond order; however, he possessed a blowgun and bb/pellet rifle.  Mr. VanOchten agreed to show the undersigned officer where the items were located and agreed for them to be removed from the residence.  The undersigned officer also observed in plain view firearms parts, specifically the upper assembly for an AR-15 rifle and a shotgun barrel.  These items are not technically "firearms" as defined by current federal government regulations.  Ultimately, Mr. VanOchten agreed to remove all the aforementioned items from his residence.

1

PS 8 WD/MI
(Rev. 10/19)

The undersigned officer was notified by a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) that on April 12, 2023, Mr. VanOchten had forfeited to a family member thousands of rounds of .223 caliber rifle ammunition, hundreds of rounds of pistol and shotgun ammunition and body armor.

On April 19, 2023, Mr. VanOchten completed a certification of removal of firearms/ammunition/destructive devices/dangerous weapons for the pretrial services department.  Mr. VanOchten attested he had removed all items and they were transferred to his girlfriend.

On April 20, 2023, law enforcement conducted a federal search warrant at Mr. VanOchten's residence and vehicle. The vehicle was located at his place of employment at the time of the search.  During the search warrant, law enforcement located rifle ammunition at Mr. VanOchten's residence and a crossbow and samurai sword in Mr. VanOchten's vehicle.

Based upon the above information, Pretrial Services believes Mr. VanOchten violated his conditions of bond by possessing ammunition and body armor on April 12, 2023, and possessing ammunition and dangerous weapons on April 20, 2023.

PRAYING THAT THE COURT WILL ORDER:

The issuance of a warrant for Mr. VanOchten to be brought before the Court and answer why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     4/24/2023

Zach Jabour
U.S. Pretrial Services/Probation Officer

Place           Grand Rapids, Michigan

PS 8 WD/MI
(Rev. 10/19)

## Court Order

☐ No Action

☐ The Court finds there is probable cause to believe the Defendant has violated the conditions of his/her release and orders the issuance of a warrant for his/her arrest.

☑ Summons to Appear and Show Cause

☐ Modification of the Bond and/or the Conditions of release as requested.

☐ Other

Considered and ordered this _25th_ day of _April_, 20_23_ and ordered filed and made a part of the records in the above case.

_/s/ Ray Kent_
United States Magistrate Judge

3