## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Terrance Wayne Vanochten | Mag. Judge: | Ray Kent |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-00029-PLM | May 1, 2023 | 11:02 a.m. - 12:24 p.m.; 12:55 p.m. - 12:56 p.m.; 3:18 p.m. - 3:37 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Nils Kessler | Defendant: Sean Tilton | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance <br> __ Arraignment: <br>    __mute   __nolo contendre <br>    __not guilty   __guilty <br> __ Initial Pretrial Conference <br> __ Detention   (waived __) <br> __ Preliminary   (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> ✓ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of _____ <br> __ Consent to Mag. Judge for _____ <br> __ Other: _____ <br> _____ <br> _____ <br> Court to Issue: <br>    __ Report & Recommendation <br>    __ Order of Detention <br>    __ Order to file IPTC Statements <br>    __ Bindover Order <br>    __ Order Appointing Counsel <br>    ✓ Other: <br> Order Modifying Bond | Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: _____ <br> Presentence Report: <br>    __Ordered   __Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Government called Special Agent Sara Choi (ATF), Sandra Vanochten and Samantha Willis for testimony. <br><br> Government's Exhibits 1-12 admitted. <br> Defendant's Exhibits N, O, P, R admitted. <br><br> Government's request for revocation of bond denied; order modifying conditions of defendant's bond to issue. | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:    __Yes  __No <br> Defendant informed of right to appeal:   __Yes  __No <br> Counsel informed of obligation to file appeal:  __Yes  __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |
| **CASE TO BE:**   Referred to District Judge | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**    S. Carpenter |