UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

      Plaintiff,                                                Case No. 1:23-cr-29

v.                                                            Hon. Paul L. Maloney

TERRANCE WAYNE VANOCTHEN,

      Defendant.
_____/

**ORDER MODIFYING CONDITIONS OF BOND**

The defendant appeared before the Court on May 1, 2023, on a petition and order regarding conditions of pretrial release (ECF No. 22).  Following discussion on the record, the Court will modify the conditions of defendant's bond and order setting conditions of release entered March 24, 2023 (ECF No. 15) as follows:

      **IT IS HEREBY ORDERED** that:

1. Defendant shall participate in the following location monitoring/restriction with location monitoring technology and will abide by all the requirements of the program and instructions provided and will pay at least a portion of any cost according to defendant's ability was determined by the Pretrial Services Office or Supervising Officer:

    a. Home Detention: defendant is restricted to his residence at all times except for employment, court hearings, meeting with his attorney, appointments with his mental health provider(s), and to obtain necessities as permitted by the Pretrial Services Office or Supervising Officer.

2. Defendant shall have no computers, internet-accessible gaming devices or smart televisions in his home, and shall have no internet access.  Defendant shall obtain a cellular phone that does not have internet access.

3. Defendant shall continue mental health treatment as directed by the Pretrial Services Office or Supervising Officer.

4. Defendant shall forfeit any of the books depicted in Government Exhibit 6 (from the hearing held on this date) that are selected by the Pretrial Services Office or Supervising Officer.

All other terms and conditions of the defendant's bond remain in effect.

Date: May 1, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge