UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TERRANCE WAYNE VANOCHTEN,

        Defendant.
_____/

Case No. 1:23-cr-29

Hon. Paul L. Maloney
United States District Judge

**DEFENDANT'S MOTION TO REVOKE BOND**

The defendant, Terrance Wayne Vanochten, by and through his attorney, Sean R. Tilton, files for the Court's consideration a motion to revoke defendant's bond based on the following:

**I.    Procedural History**

The defendant was charged by indictment on March 14, 2023, with possession of unregistered destructive devices. Mr. Vanochten appeared in court for his first appearance on March 21, 2023, and requested court-appointed counsel. The government moved for detention and he was remanded to the custody of the United States Marshals. He returned to court on March 24, 2023, for his arraignment, detention, and initial pretrial conference hearings with undersigned counsel. The government withdrew its request for detention, and he was released on bond with conditions.

A petition and order for action on conditions of pretrial release was filed and Mr. Vanochten appeared in court on May 1, 2023, to address the alleged bond violations. The Court entered an order modifying conditions of bond.

On May 5, 2023, counsel and Mr. Vanochten had several conversations about his case and bond. Mr. Vanochten determined it was in his interest to request that his bond be revoked and that he go into custody.

U.S. Probation/Pretrial Services Officer Tonika R. Cooper and Assistant U.S. Attorney Nils R. Kessler are aware that counsel is seeking that this Honorable Court revoke Mr. Vanochten's bond.

## Conclusion

The defense is respectfully requesting that Vanochten's bond be revoked and he be placed into custody under these circumstances.

    Respectfully submitted,

    SHARON A. TUREK
    Federal Public Defender

Dated: May 5, 2023    /s/ Sean R. Tilton
    SEAN R. TILTON
    Assistant Federal Public Defender
    Office of the Federal Public Defender
    50 Louis NW, Suite 300
    Grand Rapids, Michigan 49503
    (616) 742-7420