UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TERRANCE WAYNE VANOCHTEN,

      Defendant.

_____/

Case No. 1:23-cr-29

Hon. Paul L. Maloney

**ORDER**

Now pending before the Court is the defendant's motion to revoke bond (ECF No. 27). Upon due consideration, and the motion being unopposed, the defendant's motion is GRANTED, and defendant's bond is revoked.  A warrant will issue for defendant's arrest.

      IT IS SO ORDERED.

Date: May 5, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge