# Attachment 1

*Letter – Terrence VanOchten*

Dear Honorable Judge Maloney,                                    9-10-23

Your Honor, Thankyou for reading this letter, I hope this can bring you a little insight into me as a person.

First, I would like to wholeheartedly apologize to you and this court for the serious lapse in my judgement and decision making. This offense has cost me dearly in many ways and has turned out to be the worst mistake of my life, and I sincerely regret my behavior.

Sir, I only hope that you can understand that this is not indicitive of my usual behavior, I'm not a mean spirited, abusive, or violent person. In fact your Honor, I am a good natured, hardworking, spiritual, caring, and loving individual who happened to make a thoughtless decision years ago while drinking, and for that I'm truly very, very sorry.

My Father and Grandfather both served in the Army, My Grandpa in Normandy and my Dad in Vietnam. I've always been very proud of their service and interested in the military. But through their experiences they didn't approve of me taking that path. Since my teenage years I've been an avid collector of military surplus and gear, and over the years I've attended many shows, exibits, and re-enactments.

Your Honor, I do understand how my hobby may appear to some folks, given the current climate in our country today.

But Sir, I ask you to please try to understand that things are not as they seem in the case of my military collection. It has simply been a life long hobby, along with fishing, hunting, hiking, and camping. Sir, please know there's never been any malice or

ill intent ever on my part with the items I possessed, I'm honestly not that type of person. Anyone who truly knows me would be quick to tell you that I'm not a danger or a threat to anyone, nor have I ever been. Some things have been misconstrued here your Honor, and I respectively just wanted to give you my perspective. I fly the American Flag every day and I love my Country and deeply respect the sacrifices people made and make every day for me. I stand behind our great military and law enforcement as they are what keeps America so great. I'm proud to be a hardworking, patriotic citizen.

Sir, I've always been gainfully employed and take great pride in my work and paycheck. My current employer had given me paid leave for three monthes, and despite this setback, they still would like me to return to my position.

I've led a good and fulfilling life up until a couple of years ago, with the onset of Covid, my Fathers passing, and my marriage beginning to fail, I turned to alcohol, which was a big mistake, and with that I let down my family and my community. Once again I solemnly apologize.

I'm so very grateful for my family and loved ones, as they have helped me through this difficult situation, I'm blessed that they recognize my true character and worth, and their love and support have never wavered. I'm so fortunate to have an extremely loving and stable home to return to. Sir, the important things in life are now crystal clear to me, and I stand fully committed to getting my life back on track. Alcohol will never alter my judgement again.

Your Honor, I will come before you having learned a serious lesson. At my age I should have known better. I'm deeply remorseful for what I've done to my life and the people I love, I have every intention of doing whatever I need to, in order to get my life back where it belongs, for my family and my community.

Judge Maloney, I sincerely hope and pray that you are able to judge me with some mercy, as I am truly repentful. I can assure you Sir, if given an opportunity to return to my job, my church, my counselor, and the people who love me, I will not let you, this Court, or my family down, you have my word. I would just ask for one chance, please, one chance to prove myself Sir. I will never break the law again. I know where I stand and I know whats at stake.

Thank You, Your Honor

Sincerely, Terrence VanOchten