UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRANCE WAYNE VANOCHTEN,

    Defendant.
_____/

Case no. 1:23-cr-29

Hon. Paul L. Maloney
United States District Judge

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the Defendant, Terrance Wayne Vanochten, hereby APPEALS to the United States Court of Appeals for the Sixth Circuit from the *Judgment in a Criminal Case* entered in this action on the 2nd day of October 2023.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

/s/ Sean R. Tilton
SEAN R. TILTON
Assistant Federal Public Defender
50 Louis Street, N.W., Suite 300
Grand Rapids, Michigan  49503
(616) 742-7420

Dated: October 5, 2023